JOHN B. G. RINEHART, as Receiver of Property of CAROLINE BARRY, Deceased, Appellant, *v.* THE HASCO BUILDING COMPANY et al., Respondents.

*Rinehart* v. *Hasco Building Co.,* 153 App. Div. 153, affirmed.

(Argued February 1, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1912, affirming a judgment dismissing the complaint entered upon an order of Special Term granting a motion by defendants for judgment in their favor on the pleadings in an action to recover for injuries to real property through excavations on adjoining premises. The question involved was whether a receiver appointed in an action of partition could main-

tain an action to recover for damages to the property involved.

*William D. Bosler* for appellant.

*Carl S. Flanders* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.